BART K. LARSEN, ESQ.
Nevada Bar No. 008538
DAVID G. ALLEMAN, ESQ.
Nevada Bar No. 007973
**KOLESAR & LEATHAM**
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: blarsen@klnevada.com
         dalleman@klnevada.com

*[Proposed] Counsel for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CARBON ENERGY HOLDINGS, INC.<br><br>Debtor. | Case No. 11-52099-btb<br><br>Chapter 11 |
| In re:<br><br>CARBON ENERGY RESERVE, INC.<br><br>Debtor. | Case No. 11-52101-btb<br><br>Chapter 11<br><br>(Joint Administration Requested) |

### DEBTORS' CONSOLIDATED LIST OF 20 LARGEST UNSECURED CLAIMS

The following is a consolidated list of Debtors Carbon Energy Holdings, Inc. and Carbon Energy Reserve, Inc.'s (collectively, the "Debtors") creditors holding the 20 largest unsecured claims. This list is prepared in accordance with Fed. R. Bankr. P. 1007 (d) for filing in Debtors' chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest claim, indicate that by stating a "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is

1  stated, also include the name, address, and legal relationship to the minor child of a person
2  described in Fed. R. Bankr. P. 1007(m).

| Name of Creditor and complete mailing address including zip code | Name, Telephone Number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Davis Graham & Stubbs, LLP<br>1550 Seventeenth St., Suite 500<br>Denver, CO 80202 | Davis Graham & Stubbs, LLP<br>Attn: Les Woodward, Esq.<br>1550 Seventeenth St., Suite 500<br>Denver, CO 80202<br>(303) 892-9400 | Fees for Legal Services | | $35,876.00 |
| Ronald R. Chadwick, P.C.<br>2851 South Parker Rd., Suite 720<br>Aurora, CO 80014 | Ronald R. Chadwick, P.C.<br>Attn: Ronald Chadwick<br>2851 South Parker Rd., Suite 720<br>Aurora, CO 80014<br>(303) 306-1967 | Fees for Accounting Services | | $5,800.00 |
| Skelly and Loy, Inc.<br>2601 North Front St.<br>Harrisburg, PA 17110 | Skelly and Loy, Inc.<br>Attn: Accounts Receivable<br>2601 North Front St.<br>Harrisburg, PA 17110<br>(800) 892-3652 | Fees for Engineering Services | Unknown | $38,000.00 |
| Southside Law Center<br>19 North 25th St.<br>P.O. Box 1438<br>Billings, MT 59103 | Southside Law Center<br>Attn: Rob Stephens, Esq.<br>19 North 25th St.<br>P.O. Box 1438<br>Billings, MT 59103<br>(406) 245-6182 | Fees for Legal Services | | $13,949.00 |
| Weed & Co., LLP<br>4695 MacArthur Ct., Suite 1430<br>Newport Beach, CA 92660 | Weed & Co., LLP<br>Attn: Rick Weed, Esq.<br>4695 MacArthur Ct., Suite 1430<br>Newport Beach, CA 92660<br>(949) 475-9086 | Fees for Legal Services | | $50,000.00 |
| X-Clearing Corp.<br>535 Sixteenth St., Suite 810<br>Denver, CO 80202 | X-Clearing Corp.<br>Attn: Jodi K. Stephens<br>535 Sixteenth St., Suite 810<br>Denver, CO 80202<br>(303) 573-1000 | Fees for Transfer Agent Services | Unknown | $2,615.00 |

The information contained herein is based upon a review of Debtor's books and records available at the time of preparation. However, no comprehensive legal and/or factual investigation with regard to possible defenses to any claim has been completed. Therefore, the foregoing list does not and should not be deemed to be: (1) a waiver of any defense to any listed claim, (2) an acknowledgement of the allowability of any listed claim, or (3) a waiver of any other right or legal position of the Debtors.

970326.doc                                Page 2 of 3

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Gordon F. Lee, as an authorized officer of each of the Debtors, declare under penalty of perjury that I have read the foregoing *Debtors' Consolidated List of 20 Largest Unsecured Claims* and that it is true and correct to the best of my information and belief.

DATED this 29th day of June, 2011.

_____
Gordon B. Lee, President and Director

KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

970326.doc                              Page 3 of 3