1  Bart K. Larsen, Esq.
   Nevada Bar No. 008538
2  David G. Alleman, Esq.
   Nevada Bar No. 007973
3  **Kolesar & Leatham**
   400 S. Rampart Blvd., Suite 400
4  Las Vegas, Nevada 89145
   Telephone: (702) 362-7800
5  Facsimile: (702) 362-9472
   E-Mail: blarsen@klnevada.com
6          dalleman@klnevada.com

7  *[Proposed] Counsel for Debtors
   and Debtors in Possession*

8

9              **UNITED STATES BANKRUPTCY COURT**

10                  **DISTRICT OF NEVADA**

11  In re:                              Case No. 11-52099-btb

12  CARBON ENERGY HOLDINGS, INC.        Chapter 11

13       Debtor.

14                                       Case No. 11-52101-btb

15  In re:                              Chapter 11

16  CARBON ENERGY RESERVE, INC.         (Jointly Administered)

17       Debtor.

18

19       **DECLARATION OF GORDON F. LEE IN SUPPORT OF DEBTORS'
          MOTION TO REJECT EXECUTORY CONTRACT
20         WITH BEARTOOTH LAND COMPANY, LP**

21       GORDON F. LEE hereby states and declares as follows:

22       1.     I am now, and at all times material herein was, over the age of 18, and I am

23  competent to testify and to be a witness as to the facts stated herein.

24       2.     I have personal knowledge of the facts stated herein, except for those matters

25  stated upon information and belief, and as to those matters, I believe them to be true.

26

27       3.     I am a member of the board of directors and the president of Debtor Carbon

28  Energy Holdings, Inc. ("CEHI"). I am also the president and a member of the board of directors

KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  and the president of Debtor Carbon Energy Reserve, Inc. ("CER").

2      4.    Debtor CEHI is the sole shareholder and 100% owner of Debtor CER.

3      5.    Both of the Debtors are governed by the same officers and board of directors,

4  which consist of Gordon F. Lee ("Lee"), Victoria J. Blackburn ("Blackburn") and Norbert H.

5  Kmoch ("Kmoch").

6      6.    Debtor CEHI's only asset of significance is its ownership interest in Debtor CER,

7  which in turn owns certain surface rights and the mineral rights to a large deposit of coal located

8  on approximately 8,200 contiguous acres of real property in Carbon County, Montana (the "Coal

9  Rights"), which CER or its predecessors have held since at least 1976.

10      7.    In 2006, the ownership structure of Debtor CER was reorganized, and CEHI was

11  established as the sole shareholder of CER.  In connection with the 2006 reorganization, a

12  business plan was adopted under which Raymond L.Lowrie, Cory J. Coppage, Howard H. Potter,

13  Louis F. Coppage and David S. Woolf (collectively, the "Former Managers") became officers

14  and/or directors of the Debtors.

15      8.    From 2006 through 2010, the Former Managers failed to hold any annual meeting

16  of shareholders of either CEHI or CER and were generally unsuccessful in their efforts to

17  develop and market the Coal Rights as anticipated under the 2006 business plan.

18      9.    As a result, in 2010 shareholders controlling approximately 56.7% of the voting

19  stock of CEHI voted by written consent in lieu of an annual meeting to remove the Former

20  Managers from their positions as officers and directors of CEHI and elected Lee, Blackburn and

21  Kmoch as directors of CEHI effective as of October 31, 2010.  A true and correct exemplar copy

22  one such written shareholder consent is attached hereto as Exhibit 1.

23      10.    On December 7, 2010, the board of directors of CEHI met and elected Lee,

24  Blackburn and Kmoch to serve as the officers of CEHI.  A true and correct copy of the minutes

25  of the December 7, 2010 meeting of the board of directors of CEHI is attached hereto as Exhibit

26  2.

27      11.    On December 7, 2010, CEHI, as the sole shareholder of CER, voted by written

28  consent in lieu of an annual meeting of shareholders to elect Lee, Blackburn and Kmoch as the

1   officers and directors of CER.  A true and correct copy of this written consent is attached hereto

2   as Exhibit 3.

3           12.     After learning that they had been displaced as officers and directors of the

4   Debtors and after initially agreeing to vacate their positions as such, the Former Managers sent a

5   letter to the shareholders of CEHI on or about December 15, 2010 in which they claimed that

6   they remained in control of CEHI and called for a special meeting of shareholders of CEHI to

7   take place on January 7, 2011 for the purpose of electing officers and directors of CEHI.  A true

8   and correct copy of this letter is attached hereto as Exhibit 4.

9           13.     A special meeting of shareholders of CEHI took place on January 7, 2011;

10  however, the Former Managers caused the meeting to be adjourned until February 10, 2011

11  before the shareholders were able to elect officers or directors.  A true and correct copy of the

12  minutes of the January 7, 2011 special shareholder meeting for CEHI is attached hereto as

13  Exhibit 5.

14          14.     The special meeting of shareholders of CEHI reconvened on February 10, 2011 at

15  which time shareholders controlling at least 60% of the voting stock of CEHI again voted to

16  remove the Former Managers from their positions as officers and/or directors of CEHI and

17  elected Lee, Blackburn and Kmoch as directors of CEHI.  A true and correct copy of the minutes

18  of the February 10, 2011 special shareholder meeting for CEHI is attached hereto as Exhibit 6.

19          15.     Notwithstanding the fact that they had previously been removed from their

20  positions as officers and/or directors of CEHI and CER, the Former Managers entered into an

21  asset purchase contract (the "Asset Purchase Contract") with Beartooth Land Company, LP

22  ("Beartooth") on or about April 13, 2011 under which the Former Managers agreed to sell the

23  Coal Rights to Beartooth for $10,000,000 and potential non-cash future royalties.   Upon

24  information and belief, a true and correct copy of the Asset Purchase Contract is attached hereto

25  as Exhibit 7.

26          16.     In connection with the Asset Purchase Contract, the Former Managers also

27  entered into an exploration access agreement with Beartooth (the "Access Agreement") on April

28  29, 2011 under which the Former Managers purportedly granted Beartooth temporary surface

KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1    access to the Coal Rights for testing purposes.  Upon information and belief, a true and correct

2    copy of the Access Agreement is attached hereto as Exhibit 8.

3         17.    The Former Managers had no actual authority to enter into the Asset Purchase

4    Contract or the Access Agreement on behalf of CEHI or CER.  Moreover, neither the Asset

5    Purchase Contract nor the Access Agreement were ever presented to or voted upon by CEHI's

6    shareholders.

7         18.    Upon information and belief, neither the Debtors, nor Beartooth has tendered any

8    performance under the Asset Purchase Contract or the Access Agreement.

9         19.    The consideration to be paid by Beartooth in exchange for the Coal Rights under

10   the Asset Purchase Contract is far below the actual fair market value of the Coal Rights, which

11   Debtors conservatively estimate to be worth at least $40,000,000.

12        20.    The consideration to be paid by Beartooth under the Asset Purchase Contract is

13   unlikely to be sufficient to provide any significant return to shareholders.

14        21.    Accordingly, I believe it is in the best business interest of the Debtors to reject the

15   Sales Contract and Access Agreement in order to allow the Debtors the opportunity to realize the

16   full value of the Coal Rights.

17        I declare under penalty of perjury that the foregoing is true and correct.

18   DATED this 9th day of August, 2011.

19

20

21                                                        GORDON F. LEE

22

23

24

25

26

27

28

KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472